**David Randall POYNER**

v.

**STATE**

**CR-13-1759**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

■

**Kahlif Miguel COOPER**

v.

**STATE**

**CR-13-1761**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

■

**Ben Henry MITCHELL**

v.

**STATE**

**CR-13-1762**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

**Kelvin Bernard COOPER**

v.

**STATE**

**CR-13-1764**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

■

**Christopher Ray ROBERTS**

v.

**STATE**

**CR-13-1769**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed